**FILED**
January 22, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HENRY OSWALDO REYES-DE LA CRUZ,<br><br>    Defendant. | Case No. 2:18-mj-00016-EFB<br><br>ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, HENRY OSWALDO REYES-DE LA CRUZ, Case No. 2:18-mj-00016-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __X__    Release on previously imposed supervised release conditions.

  ____    Bail Posted in the Sum of: $

        ____    Co-signed Unsecured Appearance Bond

        ____    Secured Appearance Bond

  __X__    (Other) <u>Conditions as stated on the record.</u>

  __X__    (Other) <u>The Defendant was ordered to appear at the time and place as provided by the U.S. Attorney in the Western District of Texas.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 1/22/2018 at 2:35 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge